```
                                                    FILED IN THE
                                                    UNITED STATES
                                                    BANKRUPTCY COURT

                                                    2009 DEC -4 PM 12: 42
J. Kevin Bird (3992)
BIRD & FUGAL                                        DISTRICT OF UTAH
Attorneys for Trustee                                       MAIL
Lincoln Square
384 East 720 South #201
Orem, UT  84058
(801) 426-4700
```

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \*

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 02-29603 JAB |
| OMNISERVE CELLULAR, INC. | ) Chapter 7 |
| | ) |
| Debtor(s) | ) NOTICE OF PAYMENT OF FUNDS |
| | ) INTO THE REGISTRY |
| | ) |

\* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On June 8, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The funds are on deposit with Bank of America, Account No. 4429737358.

3. The following checks which were issued as part of the final distribution remain unpaid, although more than ninety days has passed since final distribution was made under 11 U.S.C. § 726:



| | |
|---|---|
| Claim No.: | 3 |
| Claimant: | Bess Tek, Inc. |
| | 60 S. Main St., Ste. A |
| | Brigham City, UT 84302 |
| Claim Amount: | $192.54 |
| Distribution: | $13.22 |

| | |
|---|---|
| Claim No.: | 16 |
| Claimant: | Gricco |
| | 1859 West Greenway, #129 |
| | Phoenix, AZ 85064 |
| Claim Amount: | $14,358.44 |
| Distribution: | $985.33 |

| | |
|---|---|
| Claim No.: | 18 |
| Claimant: | Pro Graphix |
| | 819 Marshall Way, Suite F |
| | Layton, UT 84041 |
| Claim Amount: | $19,747.41 |
| Distribution: | $1,355.15 |

| | |
|---|---|
| Claim No.: | 21 |
| Claimant: | Contract Furniture Gallery |
| | 1785 South 4130 West, Suite L |
| | Salt Lake City, UT 84104 |
| Claim Amount: | $213.20 |
| Distribution: | $14.63 |

| | |
|---|---|
| Claim No.: | 22 |
| Claimant: | American Heritage Mgmt. |
| | 1868 North Hillfield Road, #106 |
| | Layton, UT 84041 |
| Claim Amount: | $4,990.88 |
| Distribution: | $342.49 |

| | |
|---|---|
| Claim No.: | 23 |
| Claimant: | The Value Clipper |
| | PO Box 227 |
| | Roy, UT 84067 |
| Claim Amount: | $1,365.86 |
| Distribution: | $93.73 |

| | |
|---|---|
| Claim No.: | 31 |
| Claimant: | Cell Star/Cricket |
| | 2080 McDaniel Drive |
| | Carrollton, TX 75006 |
| Claim Amount: | $192,620.05 |
| Distribution: | $13,218.36 |
| | |
| Claim No.: | 48A |
| Claimant: | Chambo Corp. |
| | 7780 South 700 East |
| | Midvale, UT 84047 |
| Claim Amount: | $30,699.35 |
| Distribution: | $2,106.71 |
| | |
| Claim No.: | 53A |
| Claimant: | US Wireless |
| | 2480 South 1150 West |
| | Syracuse, UT 84075 |
| Claim Amount: | $12,800.00 |
| Distribution: | $878.39 |
| | |
| Claim No.: | 73A |
| Claimant: | T-Mobile USA, Inc. |
| | c/o Matthew M. Boley |
| | 15 W. So. Temple, #1200 |
| | Salt Lake City, UT 84101 |
| Claim Amount: | $88,705.00 |
| Distribution: | $6,087.29 |

Notice is hereby given that, pursuant to 11 U.S.C. § 347(a), the Trustee has stopped payment on the foregoing checks and the balance of unclaimed funds in the amount of $25,095.30 are hereby paid into the Registry.

    4. A check in the amount of $25,095.30 representing the foregoing unclaimed funds has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: Nov 24, 2009

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 3rd day of December, 2009:

BESS TEK, INC.
60 S. MAIN ST., STE. A
BRIGHAM CITY, UT 84302

GRICCO
1859 WEST GREENWAY, #129
PHOENIX, AZ 85064

PRO GRAPHIX
819 MARSHALL WAY, SUITE F
LAYTON, UT 84041

CONTRACT FURNITURE GALLERY
1785 SOUTH 4130 WEST, SUITE L
SALT LAKE CITY, UT 84104

AMERICAN HERITAGE MGMT.
1868 NORTH HILLFIELD ROAD, #106
LAYTON, UT 84041

THE VALUE CLIPPER
PO BOX 227
ROY, UT 84067

CELL STAR/CRICKET
2080 MCDANIEL DRIVE
CARROLLTON, TX 75006

CHAMBO CORP.
7780 SOUTH 700 EAST
MIDVALE, UT 84047

US WIRELESS
2480 SOUTH 1150 WEST
SYRACUSE, UT 84075

T-MOBILE USA, INC.
c/o MATTHEW M. BOLEY
15 W. SO. TEMPLE, #1200
SALT LAKE CITY, UT 84101

*Melanie Valderrama*